866 F.2d 1412
 Rice (Milton), David (Richard), Fachet (William), Mattia
(Arthur), Laib (Ronald), Horvath (Stephen), Sharin (Albert),
Fiorella (Louis), Brenner (Joseph), Corson (Thomas), Krieger
(Donald), Campisi (Anthony), Peterson (Eric), Rubin
(Lester), Ramaswamy (Coodly), Capaccio (Michael), Worstell
(Donald), Fagan (Michael)
v.
C.I.C. International, Ltd.
 NO. 88-1633
 United States Court of Appeals,
Third Circuit.
 DEC 13, 1988
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.